**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6106**

_____

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

MICHAEL BERNARD CAROTHERS, a/k/a Unc, a/k/a Uncle, a/k/a Big Unc,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Cameron McGowan Currie, District Judge.  (0:08-cr-00401-CMC-4)

_____

Submitted:  May 31, 2012              Decided:  June 5, 2012

_____

Before KING, DUNCAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Bernard Carothers, Appellant Pro Se. Susan Zalkin Hitt, Assistant United States Attorney, James Chris Leventis, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Bernard Carothers appeals the district court's orders denying his motions for reduction of sentence under 18 U.S.C. § 3582 (2006) and denying his motion for reconsideration. On appeal, we confine our review to the issues raised in Carothers' brief. <u>See</u> 4th Cir. R. 34(b). Because Carothers' informal brief does not challenge the basis for the district court's disposition, Carothers has forfeited appellate review. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>